UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-81367-WPD

HOWARD COHAN,

    Plaintiff,

vs.

TIN ROOF DELRAY BEACH, LLC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant TIN ROOF DELRAY BEACH, LLC. ("Defendant"), by and through undersigned counsel, hereby notifies the Court that the Parties have reached a settlement in this case, with each side to bear its own attorney's fees and costs, except as specifically provided in the Consent Decree. The Parties are formalizing the Consent Decree and expect to file same within twenty (20) days.

CASE NO. 9:20-cv-81367-WPD

Respectfully submitted,

/s/ *Lindsay M. Massillon*
Lindsay M. Massillon
Fla. Bar No. 92098
Email: lmassillon@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Tin Roof Delray Beach, LLC.*

CASE NO. 9:20-cv-81367-WPD

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Lindsay M. Massillon*
Lindsay M. Massillon

CASE NO. 9:20-cv-81367-WPD

## SERVICE LIST

CASE NO. 9:20-cv-81367-WPD

Gregory S. Sconzo, Esq.
SCONZO LAW OFFICE, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Tel: (561) 729-0940
Fax: (561) 491-9459
Email: greg@sconzolawoffice.com
        alexa@sconzolawoffice.com

*Attorney for Plaintiff*