UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-81367-WPD

HOWARD COHAN,

    Plaintiff,

vs.

TIN ROOF DELRAY BEACH, LLC.,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court on the Notice of Settlement [DE 14] ("Notice"), filed on November 6, 2020. The Court has reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Parties shall file appropriate dismissal papers on or before **November 30, 2020**. If the Parties wish for the Court to retain jurisdiction to enforce the terms of the settlement agreement the Parties must *condition* their stipulation of dismissal on this Court retaining jurisdiction for such purposes.[1] Any pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of November, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language *conditioning the stipulation* on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).

Copies to:
Counsel of Record