UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-81367-WPD

HOWARD COHAN,

    Plaintiff,

vs.

TIN ROOF DELRAY BEACH, LLC.,

    Defendant.
_____/

### *RENEWED* JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Plaintiff, HOWARD COAHN ("Plaintiff") and Defendant, TIN ROOF DELRAY BEACH, LLC. ("Defendant," and collectively, the "Parties"), by and through their respective undersigned counsel, hereby move for the Court's approval and entry of the attached Consent Decree.[1]

1. Plaintiff filed the instant cause of action alleging that the property at issue owned and/or operated by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("Title III").

2. The Matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree, attached hereto as Exhibit "A."

3. The Parties agree and submit that the attached Consent Decree is fundamentally fair, adequate, and reasonable to improve access for persons with disabilities at the subject property at issue, and otherwise meets the purposes of Title III of the ADA. The Parties further agree that, upon completion of the modifications specified in the Consent Decree, all currently readily

---

[1] This Renewed Motion corrects the error made by the filer when uploading D.E. 16 and is filed pursuant to D.E. 17.

achievable alterations to the subject property have been made and that the subject property at the time of the execution of this Consent Decree are otherwise in compliance with the readily achievable requirements of the ADA, ADAAG, and FACBC.

4.In accordance therewith, the Parties respectfully request that the Court review, approve, and ratify the Consent Decree. Additionally, the Parties request the Court retain jurisdiction to enforce the Consent Decree. *See Anago Franchising, Inc. v. Shaz, LLC.*, 677 F.3d 1272, 1280 (11th Cir. 2012).

WHEREFORE, the Parties respectfully request that the Court grant this Renewed Motion, enter an order (a) approving and entering the attached Consent Decree; and (b) retaining jurisdiction to enforce the Consent Decree and grant such other relief as this Court deems just and proper.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Secondary Email: alexa@sconzolawoffice.com
*Attorney for Plaintiff*

By: **/s/ Lindsay M. Massillon**
Lindsay M. Massillon
Fla. Bar No. 92098
Email: lmassillon@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
*Counsel for Tin Roof Delray Beach, LLC*

CASE NO. 9:20-cv-81367-WPD

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Lindsay M. Massillon*
Lindsay M. Massillon