**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:20-cv-81367-WPD**

HOWARD COHAN,

      Plaintiff,

vs.

TIN ROOF DELRAY BEACH, LLC.,

      Defendant.

_____/

**ORDER ADOPTING AND APPROVING CONSENT DECREE**

    THIS MATTER is before the Court upon the Parties' Renewed Joint Motion for Approval and Entry of Consent Decree [DE 18] ("Motion"). The Court has carefully considered the Motion is otherwise fully advised in the premises.

    Accordingly, it is therefore **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 18] is hereby **GRANTED.**

2. The Court hereby **ADOPTS AND APPROVES** the Consent Decree [DE 18-1].

3. This case is **DISMISSED.**

4. This Court retains jurisdiction to enforce the terms of the Consent Decree.

5. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot**.**

    **DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida this 28th day of December, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record